IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| LARRY NEEL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No.  07-530-KI |
| vs. | ) | |
| | ) | JUDGMENT |
| OFFICER ABRAHAMSON, Individually and as a Police Officer, OFFICER RESCH, Individually and as a Police Officer, and OFFICER LEO BESNER, Individually and as a Police Officer, CITY OF PORTLAND, a municipal corporation, MULTNOMAH COUNTY, a public entity, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) ) | |

Kelly M. Doyle
Doyle Law PC
8430 S.W. 22nd Avenue
Portland, Oregon  97219

Attorney for Plaintiff

Page 1 - JUDGMENT

James G. Rice
City of Portland
1221 S.W. Fourth Avenue, Room 430
Portland, Oregon  97204

    Attorney for Defendants

KING, Judge:

This action was tried by a jury with Judge Garr M. King presiding, and the jury has rendered a verdict.

It is ordered that:

the plaintiff recover nothing, the action be dismissed on the merits, and defendants Susan Abrahamson, Jamie Resch, Leo Besner, the City of Portland, and Multnomah County recover costs from the plaintiff Larry Neel.

Dated this \_\_\_\_7th\_\_\_\_ day of April, 2008.

                /s/ Garr M. King
                Garr M. King
                United States District Judge